**PD-1469-15**

PD-1469-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/14/2015 4:43:47 PM
Accepted 12/15/2015 4:05:16 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **CEDRIC CARLDWELL**<br>**Appellant** | § | **APPEALED FROM THE**<br>**COURT OF APPEALS, 6th DISTRICT** |
| V. | § | CASE NO. 06-15-00035-CR<br>TRIAL COURT NO. 42,773-B |
| THE STATE OF TEXAS<br>Appellee | § | STATE OF TEXAS |

granted
PC
12-16-15

### MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, CEDRIC CARLDWELL, the Appellant herein, and moves the Court for an extension of time to file Appellant's Petition for Discretionary Review in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

#### I.

The Appellant in this cause was convicted in the 124th District Court of Gregg County, Texas in cause number 42,773-B for the offense of Murder.

#### II.

The Court of Appeals' opinion on remand was delivered on October 13, 2015. Appellant's Petition for Discretionary Review is due on or about December 14, 2015.

#### III.

The Appellant hereby requests a second extension of time to file Appellant's Petition for Discretionary Review.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Petition for Discretionary Review for the

following good and sufficient reasons:

Counsel for the defendant respectfully advises the Court that he still has medical problems that would not allow him to be involved in court proceedings and is scheduled for surgery on December 29, 2015 (see additional letter from Dr. William H. Rotzler attached).

In addition to the above-listed matter, the undersigned counsel has been involved with a very busy trial and appellate schedule and is involved in numerous other felony and misdemeanor cases at various stages of litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Petition for Discretionary in this cause for an additional forty-five days, to January 28, 2016.

RESPECTFULLY SUBMITTED,

__/s/Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 12-14-15

__/s/ Clement Dunn_____
Attorney for Appellant

# IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **CEDRIC CARLDWELL** | § | **APPEALED FROM THE** |
| **Appellant** | | **COURT OF APPEALS, 6ᵗʰ DISTRICT** |
| V. | § | CASE NO. 06-15-00035-CR |
| | | TRIAL COURT NO. 42,773-B |
| THE STATE OF TEXAS | | |
| Appellee | § | STATE OF TEXAS |

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 20___, came

on to be considered the above and foregoing Motion for Extension of Time to File Appellant's

Petition for Discretionary Review. After consideration of the same, it is the opinion of the Court

that Appellant's Motion be:

( )    GRANTED, and the present cause is hereby extended until _____,

20____.

( )    DENIED, to which ruling the Appellant excepts.

( )    SET FOR HEARING ON THE _____ day of _____, 20___, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING

William H Rotzler, MD

705 E Marshall Ave. Suite 5003

Longview, TX 75601

Phone: 903-236-3035

Fax: 903-757-3178

December 7, 2015

Re: Richard Clement Dunn

To Whom It May Concern,

Mr. Dunn's has been under active care for chronic sinusitis with secondary otitis media that has shown limited response to treatment thus far. That being said he will be having surgery to help treat these issues. It not only affects his hearing significantly but also has an effect on general endurance. In my opinion this significantly affects his ability to function as an active attorney in court.

His current prognosis for return to full function after surgery is at least January 19, 2016. If you have any further inquiries, please feel free to contact my office.

Sincerely,

William H Rotzler, M.D.

WHR/ad